# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**REYNOLD MILLER**
**ADC #141806**                                                              **PLAINTIFF**

**v.**                          **4:14-cv-122 -DPM-JTK**

**JOHN FELTS,** *ET AL.*                                        **DEFENDANTS**

## ORDER

I recuse.  Defendant Joe Peacock, who is sued in his official and individual capacities, was a member of the committee who worked for my election to the Arkansas Court of Appeals in 2006.  A reasonable person might doubt my impartiality as to him.  The Clerk will reassign this case at random.

So Ordered.

D. P. Marshall Jr.
United States District Judge

*10 March 2014*