**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

REYNOLD MILLER,
ADC #141806                                                                                   PLAINTIFF

v.                                          4:14CV00122-SWW-JTK

JOHN FELTS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint against defendants is DISMISSED without prejudice to re-file after exhaustion of his available remedies.

2. This dismissal is considered a "strike" within the meaning of the PLRA.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from an Order and Judgment dismissing this action is not taken in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of April, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE